**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6076**

KENNETH EDWARD BARBOUR,

        Petitioner – Appellant,

    v.

GENE M. JOHNSON, Director of the Virginia Department of Corrections,

        Respondent – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  F. Bradford Stillman, Magistrate Judge. (2:09-cv-00302-MSD-FBS)

Submitted:  May 20, 2010        Decided:  May 27, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth Edward Barbour, Appellant Pro Se.  Benjamin Hyman Katz, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Edward Barbour seeks to appeal the magistrate judge's order directing the Respondent to answer his 28 U.S.C. § 2254 (2006) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Barbour seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny what we construe as a motion to expedite a decision in this appeal and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED